UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS PIPER, | No. 2:16-cv-2374 GEB CKD PS |
| Plaintiff, | |
| v. | ORDER |
| HARVEYS CASINO, et al., | |
| Defendants. | |

Plaintiff has not paid the fee ordinarily required to file an action in this court, and has filed an incomplete application to proceed without prepayment of fees. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff's application states he has not received money from any source in the last twelve months, owns no cash, has no savings or checking accounts, and owns no property. The application on its face is not credible in light of plaintiff's allegations in the complaint that he had sufficient funds to gamble and win tens of thousands of dollars. Plaintiff will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

Any amended affidavit must set forth all resources plaintiff has, including receipt of disability benefits or general assistance and must state the last date of plaintiff's employment and provide the other information required under question 2(b) of the form application. Plaintiff is advised that the application must be signed under penalty of perjury. Any misrepresentations to

1

1 | the court regarding plaintiff's application will result in a recommendation that the action be
2 | dismissed.  See 28 U.S.C. § 1915(e)(2)(A).
3 |     In accordance with the above, IT IS HEREBY ORDERED that:
4 |     1.  Plaintiff shall submit, within fourteen days from the date of this order, either a
5 | completed application and affidavit in support of his request to proceed in forma pauperis on the
6 | form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply
7 | with this order will result in a recommendation that this action be dismissed; and
8 |     2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In
9 | Forma Pauperis.

Dated:  October 6, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 piper2374.inc