UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS PIPER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HARVEYS CASINO, et al.,<br><br>　　　　　Defendant. | No.  2:16-cv-2374 GEB CKD PS<br><br><br>ORDER |

　　　Plaintiff has requested an extension of time to file an amended complaint.  That request will be granted.  Plaintiff has also requested permission under Local Rule 133(b)(2) and (3) to utilize electronic filing.  Good cause appearing, that request will also be granted.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's motion (ECF No. 11) is granted.

　　　2. No later than March 31, 2017, plaintiff shall file a second amended complaint in compliance with the January 26, 2017 order.

　　　3. Plaintiff is granted leave to file electronically.  No later than March 31, 2017, plaintiff shall provide an e-mail address to the court for purposes of electronic filing.

Dated:  March 16, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
4 piper2374.eot.ecf　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1