UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS PIPER,<br><br>    Plaintiff,<br><br>v.<br><br>HARVEYS CASINO, et al.,<br><br>    Defendants. | No. 2:16-cv-2374 GEB CKD PS<br><br><br>FINDINGS AND RECOMMENDATIONS |

By order filed April 6, 2017, plaintiff was directed to provide to the United States Marshal, within fourteen days from the date the order was filed, all information needed by the Marshal to effect service of process, including all information required for proper service of summons under Federal Rules of Civil Procedure 4(e) and 4(j) and to file a statement with the court that said documents have been submitted to the United States Marshal, along with a copy of the information provided to the Marshal, including copies of the USM-285 forms.

The time period for complying with the court's order has passed and there is no indication on the docket that plaintiff has taken any steps to serve summons in this action.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

1

after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: April 28, 2017

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 piper2374.ftc