# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS PIPER, | No. 2:16-cv-2374 GEB CKD PS |
| Plaintiff, | |
| v. | ORDER |
| HARVEYS CASINO, et al., | |
| Defendants. | |

Plaintiff filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On April 6, 2017, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 6, 2017 are adopted in full;

2. Defendants Harveys Casino and Barton Hospital are dismissed.

Dated: April 27, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1