UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS PIPER,<br><br>        Plaintiff,<br><br>    v.<br><br>SOUTH LAKE TAHOE POLICE DEPARTMENT,<br><br>        Defendant. | No. 2:16-cv-2374 GEB CKD PS<br><br>ORDER |

Plaintiff has filed objections to the findings and recommendations which were filed April 6, 2017. ECF No. 16. Plaintiff's objections were filed after the objection period had expired. The District Court has already adopted the findings and recommendations and has dismissed defendants Harveys Casino and Barton Hospital. ECF No. 18. If plaintiff seeks reconsideration of the order dismissing these defendants, any motion to reconsider must be addressed to the District Judge.

Plaintiff has also requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent persons proceeding <u>in forma pauperis</u>. <u>See</u> <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989) (no authority to requires counsel to represent indigent prisoners in § 1983 cases). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C.

§ 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for appointment of counsel (ECF No. 19) is denied.

Dated:  May 3, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 piper2374.cou.den